FOURTH DISTRICT—APRIL, 1916. 13

In the Matter of the Estate of Martha Janett, 199 Ill. App. 13.

## In the Matter of the Estate of Martha Janett, Deceased. Petition of George A. A. Dieckmann, Executor.

### (Not to be reported in full.)

Appeal from the Circuit Court of Fayette county; the Hon. JAMES C. MCBRIDE, Judge, presiding. Heard in this court at the October term, 1915. Affirmed. Opinion filed April 17, 1916.

### Statement of the Case.

Petition by George A. A. Dieckmann, executor, for authority to carry out the provisions of a will, in reference to the burial of the testatrix, in the Circuit Court of Fayette county. From a judgment denying the petition, petitioner appeals.

ARTHUR ROE, for appellant.

JOHN A. BINGHAM, for John Janett et al.

TERRY, GUELTIG & POWELL, for Louis Meyer et al.

MR. PRESIDING JUSTICE HIGBEE delivered the opinion of the court.

### Abstract of the Decision.

1. APPEAL AND ERROR, § 842*—when bill of exceptions insufficient. A paper purporting to be a bill of exceptions which is not signed by the judge who tried the case, and in which both the date and the place where the signature of the judge should be are left blank, is not sufficient as a bill of exceptions.

2. APPEAL AND ERROR, § 804*—how evidence preserved. The only way in which the evidence can be preserved for the consideration of a reviewing court is by a bill of exceptions.

3. APPEAL AND ERROR, § 1303*—when finding and judgment of trial court presumed correct. In the absence of a proper bill of exceptions, the Appellate Court will not review the evidence on appeal in an action at law and will presume that the finding and judgment of the trial court based thereon are correct.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.

4. APPEAL AND ERROR, § 731*—*what constitutes common-law record*. The common-law record consists of the summons and return, the declaration, the pleadings subsequent thereto, and the verdict and judgment.

5. APPEAL AND ERROR, § 788*—*what bill of exceptions must contain*. Where an appellant in an action at law desires to preserve for review anything outside of the common-law record, it must be contained in a bill of exceptions.

6. APPEAL AND ERROR, § 804*—*when question of sufficiency of evidence not considered on appeal*. The question whether the finding of the trial court is in conformity with the evidence will not be inquired into on appeal where the evidence before the trial court is not preserved in a bill of exceptions.